64 A.3d 535

IN THE MATTER OF PAUL FRANKLIN CLAUSEN, AN ATTORNEY AT LAW (ATTORNEY NO. 015951982).

April 23, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b)(1), on the granting of a motion for discipline by

---

consent (DRB 13–010) of **PAUL FRANKLIN CLAUSEN** of **CLINTON,** who was admitted to the bar of this State in 1982;

And the District XIII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 5.5(a)(1) (unauthorized practice of law);

And the parties having agreed that respondent's conduct violated *RPC* 5.5(a)(1), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIII–2011–0009E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **PAUL FRANKLIN CLAUSEN** of **CLINTON** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.